# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREVALO JESUS ALEJANDRO, | No. 2:21-CV-0230-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| HUIZARE, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.

On January 6, 2022, Defendants filed a motion to dismiss. See ECF No. 19. As of May 3, 2022, Plaintiff had not filed an opposition and the Court issued a minute order indicating that Plaintiff's failure to file an opposition could be construed as consent to the relief requested in Defendants' motion. See ECF No. 23. The Court granted Plaintiff an additional 30 days within which to file an opposition. See id. As of June 8, 2022, Plaintiff still had not filed an opposition and the Court issued findings and recommendations that Defendants' unopposed motion to dismiss be granted. See ECF No. 24; see also Local Rule 230(c), (l). Plaintiff filed objections on June 21, 2022. See ECF No 25. In his objections, Plaintiff states for the first time that he was never served with Defendants' motion to dismiss. See id.

///

1

Because it appears that Defendants' motion was not served on Plaintiff at his address of record, the Court will sua sponte grant Plaintiff an extension of time to file an opposition to Defendants' January 6, 2022, motion to dismiss. If an opposition is timely filed, the Court will vacate the June 8, 2022, findings and recommendations and issue new findings and recommendations addressing any arguments Plaintiff presents in his opposition. If no opposition is timely filed, the June 8, 2022, findings and recommendations will be submitted to the District Judge.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to serve on Plaintiff a copy of this order as well as a copy of Defendants' motion to dismiss at ECF No. 19 and a copy of Defendants' request for judicial notice at ECF No. 19-1.

2. Plaintiff's opposition to Defendants' motion to dismiss is due within 30 days of the date of this order.

3. Defendants' reply is due within 14 days of the date of service of Plaintiff's opposition.

Dated: September 20, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2