1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   AREVALO JESUS ALEJANDRO,                    No.  2:21-CV-0230-TLN-DMC-P

12              Plaintiff,

13       v.                                      ORDER

14   HUIZARE, et al.,

15              Defendants.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42

18   U.S.C. § 1983.  On June 8, 2022, the Court issued findings and recommendations that

19   Defendants' unopposed motion to dismiss be granted.  See ECF No. 24.  In objections filed on

20   June 21, 2022, Plaintiff stated that he had never been served a copy of Defendants' motion.  See

21   ECF No. 25.  Thereafter, the Court issued an order directing the Clerk of the Court to provide

22   Plaintiff a copy of Defendants' motion.  See ECF No. 26.  The Court also set a new briefing

23   schedule and indicated that the June 8, 2022, findings and recommendations would be submitted

24   to the District Judge if Plaintiff failed to file an opposition within the time permitted.  See id.

25   Plaintiff filed his opposition on October 17, 2022, and Defendants filed a reply on October 31,

26   2022.

27   / / /

28   / / /

                                                    1

1         Good cause appearing therefor based on Plaintiff's filing of an opposition to

2    Defendants' motion, the June 8, 2022, findings and recommendations are vacated.  Separate

3    findings and recommendations will issue addressing Defendants' opposed motion to dismiss.

4         IT IS SO ORDERED.

5    Dated:  January 24, 2023

6    _____

     DENNIS M. COTA

7         UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28