UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREVALO JESUS ALEJANDRO,<br><br>   Plaintiff,<br><br>   v.<br><br>HUIZARE, et al.,<br><br>   Defendants. | No. 2:21-cv-00230-TLN-DMC<br><br>**ORDER** |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

   On February 8, 2023, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  Timely objections to the findings and recommendations have been filed by Defendants.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

This case proceeds on Claim One and Three alleging Eighth Amendment violations and Claim Two alleging First Amendment violations. The Court has not dismissed Claim Two. The magistrate judge concluded Claims One and Three were time-barred and recommends granting Defendants' motion to dismiss those claims. As to Claim Two – which was not addressed in Defendants' motion to dismiss – the magistrate judge concluded that Defendants failed to meet their burden of establishing the claim is time-barred. In their objections, Defendants state that they understood Claim Two to have been dismissed at the screening stage, which is not the case. Defendants ask that, if Claim Two remains in the action, they be permitted to file a second motion to dismiss addressing that claim. This request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 8, 2023, are ADOPTED IN FULL;

2. Defendants' request for judicial notice (ECF No. 19-1) is GRANTED;

3. Defendants' motion to dismiss (ECF No. 19) is GRANTED in part as to Claims One and Three, which are time-barred, and DENIED in part as to Claim Two, which was not addressed in Defendants' motion;

4. Defendants are GRANTED leave to file a second motion to dismiss within 30 days of the date of this Order addressing the remaining Claim Two; and

5. This case is referred back to the assigned Magistrate Judge for further proceedings.

**Date:  March 30, 2023**

_____
Troy L. Nunley
United States District Judge