IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREVALO JESUS ALEJANDRO,<br><br>    Plaintiff,<br><br>  v.<br><br>HUIZARE, et al.,<br><br>    Defendants. | No. 2:21-CV-0230-TLN-DMC-P<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 37, for an extension of time to file objections to findings and recommendations issued on February 8, 2023. Plaintiff's motion is denied as moot because the findings and recommendations have been resolved pursuant to the District Judge's March 31, 2023, order. See ECF No. 36.

IT IS SO ORDERED.

Dated: April 28, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE