IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREVALO JESUS ALEJANDRO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUIZARE, et al.,<br><br>　　　　Defendants. | No. 2:21-CV-0230-TLN-DMC<br><br><br>**ORDER** |

　　　　Plaintiff, who is proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　On July 14, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

　　　　The Court reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 14, 2023 (ECF No. 40) are ADOPTED IN FULL.
2. Defendants' unopposed motion to dismiss (ECF No. 38) is GRANTED.
3. The Clerk of the Court is directed to enter judgment and close this file.

Date: August 23, 2023

_____
Troy L. Nunley
United States District Judge

2